UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| LINDA LOYKO, *Administrator of the Estate of MYRON LOYKO, Deceased*, <br>     Plaintiff, <br> <br> v. <br> <br> OLD ORCHARD HEALTH CARE CENTER-EASTON, PA, LLC, et al., <br>     Defendants. | : <br> : <br> : <br> : <br> :    No.  5:24-cv-0360 <br> : <br> : <br> : <br> : |

_____

# O R D E R

**AND NOW**, this 13th day of March, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

  1. The Motion to Compel Arbitration, *see* ECF No. 7, is **GRANTED in part and DENIED in part** as follows;

    a. Old Orchard Health Care Center-Easton, PA, LLC, and ProMedica Health System, Inc.'s Motion to compel the claims in Counts I, II, and IV to arbitration are **GRANTED**;

    b. Within forty-five (45) days of the date of this Order, Plaintiff **SHALL** submit the claims in Counts I, II, and IV against Defendants Old Orchard Health Care Center-Easton, PA, LLC, and ProMedica Health System, Inc. to arbitration in accordance with the arbitration provisions outlined in the Agreement;

    c. The Motion to Compel Arbitration is **DENIED** as to Count III and V and shall be **STAYED** to permit the arbitration to proceed.

  2. Counsel for Plaintiff shall submit a status report to the Court on **the first day of each month, commencing on June 1, 2024,** to report on the status of the arbitration

1

proceedings, including but not limited to the filing of a claim, the date scheduled for arbitration, and the outcome of any completed arbitration.

3. **Within thirty (30) days of the completion of the arbitration proceeding**, both parties are directed to notify the Court that the arbitration has concluded and that the stay in the above-captioned action may be lifted.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge