**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| LINDA LOYKO, ADMINISTRATOR OF THE ESTATE OF MYRON LOYKO | : : :    NO.  5:24-cv-0360 : |
| v. | : : : |
| OLD ORCHARD HEALTH CARE CENTER EASTON PA, LLC D/B/A PROMEDICA SKILLED NURSING AND REHABILITATION (OLD ORCHARD); ET. AL. | : : : : : : |

## ORDER

**AND NOW**, this 18th day of June, 2025,  upon  consideration  of  the Petition to

Approve Settlement and Distribution of the Wrongful Death and Survival Action filed  by

Plaintiff, *see* ECF No. 17, it is hereby **ORDERED** and **DECREED** that the Petition is

**GRANTED**.  Plaintiff is authorized to enter into a settlement with OLD ORCHARD HEALTH

CARE CENTER EASTON PA, LLC D/B/A PROMEDICA SKILLED NURSING AND

REHABILITATION (OLD ORCHARD); ET. AL.  in the gross sum of  ONE HUNDRED AND

FIFTY THOUSAND DOLLARS AND ZERO CENTS ($150,000.00), to be paid by OLD

ORCHARD HEALTH CARE CENTER EASTON PA, LLC D/B/A PROMEDICA SKILLED

NURSING AND REHABILITATION (OLD ORCHARD); ET. AL. .

     **IT IS FURTHER ORDERED,** that the settlement proceeds shall be allocated as  50% to

Wrongful Death Claim.

     **IT IS FURTHER ORDERED,** that the settlement proceeds shall be allocated as   50%

to Survival Claim.

     **IT IS FURTHER ORDERED,** that settlement proceeds shall be distributed as follows:

| | |
|---|---|
| To Haberman Law, P.C. (reimbursement of expenses) | $15,716.14 |
| To Haberman Law, P.C. (legal fee: 40%) | $60,000.00 |
| To Medicare (payment of Demand for past medical expenses) | $1,989.55 |

**IT IS FURTHER ORDERED,** that the settlement proceeds of $ 72,294.31 shall be allocated as follows:

The Proceeds shall be allocated as follows:

| | | |
|---|---|---|
| Survival (50%) | $ | 36,147.15 |
| Wrongful Death (50%) | $ | 36,147.16 |

The Proceeds of the Survival Claim in the sum of $36,147.15 shall be paid as follows:

Estate of  MYRON LOYKO in the amount of $36,147.15, less any amount paid or payable to PA Estate Recovery Program and/or DHS Casualty, if any, in waiver and/or compromise of its claim.

The Proceeds of the Wrongful Death Claim in the sum of $36,147.16  shall be paid as follows:

| | |
|---|---|
| LINDA LOYKO | in the amount of $18,073.58 |
| MELISSA HESS | in the amount of $18,073.58 |

Within sixty (60) days from the date of this final Order, counsel for Plaintiff shall file an Affidavit with the Court, certifying compliance with this Order. The Affidavit shall bear the caption of the case and shall contain the court term and number. A copy of this Order shall be attached thereto.

Plaintiff and Plaintiff's counsel shall ensure that a Pennsylvania Inheritance Tax return is filed, that the applicable inheritance tax is paid in full, and shall file proof of the same with the court within thirty days of the court approval of this settlement.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
_____

JOSEPH F. LEESON, JR.
United States District Judge